UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REYES CANCINO, individually and on behalf of all others similarly situated,<br><br>                                                          Plaintiffs,<br><br>- against -<br><br>SAGAL MEAT MARKET VII, INC., SAGAL FOOD & FRUITS, 134th STREET MEAT MARKET, INC., 65 BURNSIDE MEAT MARKET CORP., DD&S MEAT, FISH, & PRODUCE INC. d/b/a SAGAL FOOD, any other related entities, and LENIN SANCHEZ, JOSELITO SANCHEZ, FERNANDO SANCHEZ, VICTOR SANCHEZ, ZULI SANCHEZ individually,<br><br>                                                          Defendants. | Docket No.: 24 CV 1688 (NRM) (CLP)<br><br>**NOTICE OF FILING** |

Named Plaintiff, REYES CANCINO, hereby gives notice of the filing of Consent to Join Form, pursuant to 29 U.S.C. 216(b), from the following individual:

1. Roberto Gonzalez Florentino

The above-described Consent to Join Form is attached hereto as Exhibit "A," respectively.

Dated: New York, New York
       June 17, 2024

VIRGINIA & AMBINDER, LLP

By: __s/ Paige I. Piazza, Esq.__
    Paige I. Piazza, Esq.
    40 Broad Street, 7th Floor
    New York, New York 10004
    T: (212) 943-9080
    ppiazza@vandallp.com