# CONSENT TO JOIN COLLECTIVE ACTION FOR UNPAID WAGES

By signing below, I consent to participate in a lawsuit to recover any unpaid wages that may be owned to me under the Federal Fair Labor Standards Act against:

SAGAL FOOD

I further consent to the law firm of Virginia & Ambinder, LLP to represent me in this case.

Name (Print) ROBERTO GONZALEZ FLORENTINO

Address:

City Zip Code: Apt.

Telephone:

E-Mail:

SIGNATURE: Roberto Gonzalez F.

DATE: Vie. 14. 2024.

## CONSENTIMIENTO PARA UNIRSE A LA ACCION COLECTIVA POR SALARIOS NO PAGADOS

Por mi firma plasmada en la parte inferior, Yo consiento participar en la demanda para recuperar salarios no pagados que me pudieran deber bajo El Acta Federal de Normativas Laborales Justas, contra:

SAGAL FOOD

Continúo dando consentimiento para que la firma Virginia & Ambinder, LLP., me represente en este caso.

Nombre (letra): ROBERTO GONZALEZ FLORENTINO

Dirección: [redacted]

Ciudad: [redacted]   Código Postal: [redacted]   Apt. [redacted]

Teléfono: [redacted]

Correo electrónico: [redacted]

FIRMA: Roberto Gonzalez F.

FECHA: VIE. 14 - 2024