**TO BE CIRCULATED IN ENGLISH AND SPANISH**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REYES CANCINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>SAGAL MEAT MARKET VII, INC., SAGAL FOOD & FRUITS, 134th STREET MEAT MARKET, INC., 65 BURNSIDE MEAT MARKET CORP., DD&S MEAT, FISH, & PRODUCE INC. d/b/a SAGAL FOOD, any other related entities, and LENIN SANCHEZ, JOSELITO SANCHEZ, FERNANDO SANCHEZ, VICTOR SANCHEZ, ZULI SANCHEZ individually,<br><br>Defendants. | Case No.:<br>24-CV-01688-NRM-CLP<br><br>**CONSENT TO JOIN FORM** |

By signing below I, _____ (Print Name), consent to participate in this lawsuit. I further consent to the firm Virginia & Ambinder, LLP representing me in this case.

**Signature**: _____     Date: _____

Address: _____

Zip Code: _____ Apt. _____

Phone Number: _____ Email: _____

**THE LAST DAY TO FILE THIS CONSENT TO JOIN FORM IS** [90 days from mailing]. **CONSENT TO JOIN FORMS FILED <u>AFTER</u>** [90 days from mailing] **2024 WILL BE REJECTED UNLESS GOOD CAUSE IS SHOWN FOR THE DELAY**

**IF YOU WISH TO SEEK RECOVERY OF UNPAID WAGES UNDER THE FEDERAL FAIR LABOR STANDARDS ACT, YOU MUST MAIL THE ENCLOSED CONSENT TO JOINDER FORM POSTMARKED BY** [90 days from mailing] **2024 TO:**

**Settlement Claims Administrator**
_____, **NY**
**Tel:** _____  **Fax:** _____
**E-Mail: info@**_____**.com**
**<u>RE: Sagal Collective Action</u>**

**If you fail to mail a signed Consent to Join form by** [90 days from mailing] **2024, you may not be eligible to participate in the FLSA portion of this lawsuit.**